IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| IN RE:<br><br>JOHN KENNETH WILLIAMS, SR,<br>    DEBTOR | CASE NO: 14-20891-JSD<br><br>CHAPTER 13 |
| BANK OF AMERICA, INC.<br>    MOVANT,<br><br>v.<br>JOHN KENNETH WILLIAMS, SR, DEBTOR<br>M. ELAINA MASSEY, TRUSTEE<br>    RESPONDENTS, | CONTESTED MATTER |

**ORDER MODIFYING THE AUTOMATIC STAY**

A motion for relief from automatic stay of 11 U.S.C. § 362 was filed June 4, 2015 by Bank Of America, Inc., for itself, its successors and assigns ("Movant"), who contends it is the holder of a Security Deed encumbering Debtor's property known as 109 Sheryl Ct, Brunswick, GA 31525 (the "Property").

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is modified only to the extent necessary for Movant, its successors and assigns, servicers, agents and attorneys to commence foreclosure proceedings against the Property, pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the property.  It is further

**ORDERED** that Rule 4001 is hereby waived and Movant may immediately proceed with foreclosure. It is further

**ORDERED** that Movant's claim is no longer provided for pursuant to 11 USC §1322(b)(5) such that further compliance with Rule 3002.1 is no longer necessary. It is further

**ORDERED**   that any funds remaining after sale and application to the lawful debt due Movant shall be paid promptly to the Trustee.

A copy of this Order shall be mailed to the persons identified on the Distribution List attached hereto.

This ____ day of _____, 2015.

_____
John S. Dalis, Judge
U. S. Bankruptcy Court
Southern District of Georgia

Order prepared by:

/s/ Travis E. Menk
Travis E. Menk (GA. Bar No. 632610)
Attorney for Movant
Brock & Scott, PLLC
5121 Parkway Plaza Blvd, Suite 300
Charlotte, NC  28217

## DISTRIBUTION LIST

John Kenneth Williams, Sr
109 Sheryl Court
Brunswick, GA 31525-9742

William S. Orange, III
1419 Newcastle Street
Brunswick, GA 31520

M. Elaina Massey
Post Office Box 1717
Brunswick, GA 31521

Travis Menk
Brock & Scott, PLLC
5121 Parkway Plaza Blvd, Suite 300
Charlotte, NC  28217