UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-20891-MJK |
| | ) | |
| JOHN KENNETH WILLIAMS, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, c/o BSI FINANCIAL SERVICES, INC., ITS SERVICING AGENT, | ) ) ) ) ) ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN KENNETH WILLIAMS, SR., and M. ELAINA MASSEY, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

**AFFIDAVIT OF DEFAULT**

Personally appeared before the undersigned attesting officer, duly authorized by law to administer oaths, Tara Sprangler, being duly sworn, on oath states that she is over the age of eighteen (18) years and has personal knowledge of the facts set forth in this Affidavit and makes this Affidavit for use as evidence at any and all matters in the above-styled action and for all purposes authorized by law.

1.

Affiant is employed as a Vice President of Default Operations at BSI Financial Services, Inc. the servicing agent for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, and has personal knowledge concerning the financial accounts and records maintained by Movant in regard to Debtor's loan.

2.

Debtor is in default on the Consent Order filed on January 9, 2019 (Doc. No. 116) for a total of $3,831.75. This amount consists of the regular payments for May 2019 through and including July 2019 in the amount of $960.64 each, and August 2019 in the amount of $955.36, minus $5.53 in suspense.

3.

The Consent Order provides that, upon a default by the Debtor, Movant may file an affidavit of default.

FURTHER AFFIANT SAITH NAUGHT.

This 8th day of August, 2019.

BSI Financial Services
314 S. Franklin Street
Titusville, PA 16354
(814) 217-1366
Email: tsprangler@bsifinancial.com

Sworn to and subscribed before me this 8th day of August, 2019.

_____
Notary Public    Jacob L. Balmer

My commission expires: 8-11-2021

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jacob L. Balmer, Notary Public
City of Titusville, Crawford County
My Commission Expires Aug. 11, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## CERTIFICATE OF SERVICE

This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

M. Elaina Massey, Esq.
Chapter 13 Trustee
Via Electronic Notice

William S. Orange, III, Esq.
Attorney for Debtor
Via Electronic Notice

John Kenneth Williams, Sr.
109 Sheryl Court
Brunswick, GA 31525-9742

This 13th day of August, 2019.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com